# Court of Appeals
## Tenth Appellate District of Texas

10-25-00124-CV

In re Jared Ivers, Christi Ivers, James Ivers,
and Ivers Investments, LLC

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On April 16, 2025, relators Jared Ivers, Christi Ivers, James Ivers, and Ivers Investments, LLC filed a petition for writ of mandamus with this Court. *See* TEX. GOV'T CODE ANN. § 22.221(b); TEX. R. APP. P. 52. In the petition, relators contend the trial court abused its discretion by denying their motion to dismiss the underlying case for want of prosecution.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by

appeal. *Id.* at 135-36. Based on the record before us, we conclude that relators have failed to establish entitlement to mandamus relief.

We deny relators' petition for writ of mandamus.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: April 23, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Rose[1]
Denied
OT06



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.